**Order entered March 2, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-19-01053-CR

**CARLOS EDUARDO SANCHEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-00735-R**

### ORDER

We **REINSTATE** this appeal.

We abated the appeal for a hearing on the reporter's record. A supplemental reporter's record containing the missing volume (voir dire) has been filed, and now the reporter's record appears to be complete. Appellant's brief is **DUE** March 31, 2020.

We **DIRECT** the Clerk to send copies of this order to the Honorable Jennifer Bennett, Presiding Judge, 265th District Court; to court reporter Debi Harris; to court reporter Yolanda Atkins; and to all counsel for all parties.

/s/     ROBERT D. BURNS, III
         CHIEF JUSTICE